UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA McCOLLUM,<br><br>            Plaintiff,<br><br>v.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,<br><br>            Defendant. | Case No.  2:07-cv-02288 FCD-DAD<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to the Stipulation filed on May 6, 2008 the above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  2:07-CV-02288 FCD-DAD
ORDER RE STIPULATION FOR DISMISSAL
W/PREJUDICE OF ENTIRE ACTION